UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

| | |
|---|---|
| EXCELSIOR PRINTING COMPANY,<br><br>                Plaintiff,<br>vs.<br><br>MATTHEW INMAN<br>And<br>PAPYRUS-RECYCLED GREETINGS, INC.,<br><br>                Defendants. | Civil Action No: |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Excelsior Printing Company (a private nongovernmental party) hereby certifies that hereby certifies that no parent corporation or publicly held corporation owns more than 10% of the Party's stock.

**EXCELSIOR PRINTING COMPANY,**
Plaintiff,
By its Attorneys:

    */s/ Christopher M. Hennessey*
Christopher M. Hennessey (BBO #654680)
COHEN KINNE VALICENTI & COOK LLP
28 North Street, 3rd Floor
Pittsfield, Massachusetts 01201
Telephone: (413) 443-9399
Fax: (413) 442-9399

Dated: November 20, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 20, 2012.

    */s/Christopher M. Hennessey*
Christopher M. Hennessey

41249