# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# Western Division

| | |
|---|---|
| EXCELSIOR PRINTING COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>MATTHEW INMAN<br>and PAPYRUS-RECYCLED GREETINGS, INC.,<br><br>       Defendants. | Civil Action No. 3:12-cv-30200-MAP |

## JOINT STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Excelsior Printing Company and Defendant Matthew Inman stipulate, subject to Court approval, to extend the deadline for Mr. Inman to answer or otherwise respond to Plaintiff's Complaint to February 27, 2013.

Excelsior filed the Complaint on November 20, 2012, and Defendant Inman's response to Plaintiff's Complaint is currently due on January 28, 2013.  The proposed extension will not affect any currently pending deadlines, as there are no other dates (e.g., hearing dates, discovery cut-off dates, hearing deadlines, pre-trial conference dates, or trial dates) currently set in this matter.

As set forth in the Declaration of Venkat Balasubramani (submitted herewith), the Defendant acted diligently in seeking the present extension and there is good cause for granting it.  A proposed order is attached hereto.

Respectfully submitted, this 25th day of January, 2013.

/s/ Venkat Balasubramani
Venkat Balasubramani (*pro hac vice*)
Focal PLLC
800 Fifth Avenue, Suite 4100
Seattle, Washington 98104
Tel:    (206) 529-4827
Fax:   (206) 260-3966
Email: venkat@focallaw.com

/s/ Matthew Saunders
Aaron Silverstein (BBO# 660716)
Arpiar M. Saunders (BBO# 664997)
Saunders & Silverstein LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
Tel: (978) 463-9100
Fax: (978) 463-9109

*Attorneys for Defendant Matthew Inman*

/s/ Christopher M. Hennessey
Christopher M.Hennessey
Cohen Kinne Valicenti & Cook, LLP
28 North Street
3rd Floor
Pittsfield, MA 01201
413-443-9399
Email: chennessey@cohenkinne.com

*Attorney for Plaintiff Excelsior Printing Co.*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed on January 25, 2013, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

                                                  /s/ Venkat Balasubramani
                                                  Venkat Balasubramani