UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Western Division

| | |
|---|---|
| EXCELSIOR PRINTING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW INMAN and PAPYRUS-RECYCLED GREETINGS, INC.,<br><br>Defendants. | Civil Action No. 3:12-cv-30200-MAP |

## [~~PROPOSED~~] ORDER

Having considered Plaintiff Excelsior Printing Company and Defendant Matthew Inman's Joint Stipulation to Extend Time to Respond to Plaintiff's Complaint, it is hereby ORDERED that the time for Defendant Matthew Inman to answer or respond to Plaintiff's Complaint is hereby extended up to and including February 27, 2013.

_/s/ Michael A. Ponsor_   2/4/13
Honorable Michael A. Ponsor
Chief Judge, United States District Court
District of Massachusetts