## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### Western Division

|  |  |
|---|---|
| EXCELSIOR PRINTING COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW INMAN <br> and PAPYRUS-RECYCLED GREETINGS, INC., <br><br> Defendants. | Civil Action No. 3:12-cv-30200-MAP |

### SECOND JOINT STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Excelsior Printing Company ("Excelsior") and Defendant Matthew Inman ("Inman") stipulate, subject to Court approval, to extend the deadline for Inman to answer or otherwise respond to the Complaint to April 12, 2013.

Excelsior filed the Complaint on November 20, 2012.  Excelsior and Inman previously filed, and the Court granted, a stipulation extending Inman's deadline to answer or otherwise respond to February 27, 2013.  Excelsior and Inman are engaged in substantive discussions to resolve the case and would like additional time to engage in further discussions. The proposed extension will not affect any currently pending deadlines, as there are no other dates (e.g., hearing dates, discovery cut-off dates, hearing deadlines, pre-trial conference dates, or trial dates) currently set in this matter.

As set forth in the Declaration of Venkat Balasubramani (submitted herewith), the

Defendant acted diligently in seeking the present extension and there is good cause for granting

it.  A proposed order is attached hereto.

Respectfully submitted, this 13th day of February, 2013.

/s/ Venkat Balasubramani
Venkat Balasubramani (*pro hac vice*)
Focal PLLC
800 Fifth Avenue, Suite 4100
Seattle, Washington 98104
Tel:    (206) 529-4827
Fax:    (206) 260-3966
Email:  venkat@focallaw.com

/s/ Christopher M. Hennessey
Christopher M.Hennessey
Cohen Kinne Valicenti & Cook, LLP
28 North Street
3rd Floor
Pittsfield, MA 01201
413-443-9399
Email: chennessey@cohenkinne.com

*Attorney for Plaintiff Excelsior Printing Co.*

/s/ Matthew Saunders
Aaron Silverstein (BBO# 660716)
Arpiar M. Saunders (BBO# 664997)
Saunders & Silverstein LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
Tel: (978) 463-9100
Fax: (978) 463-9109

*Attorneys for Defendant Matthew Inman*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed on February 13, 2013, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

/s/ Venkat Balasubramani
Venkat Balasubramani