# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### Western Division

| | |
|---|---|
| EXCELSIOR PRINTING COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>MATTHEW INMAN and PAPYRUS-RECYCLED GREETINGS, INC.,<br><br>        Defendants. | Civil Action No. 3:12-cv-30200-MAP |

## DECLARATION OF VENKAT BALASUBRAMANI IN SUPPORT OF SECOND JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

I, Venkat Balasubramani, declare the following:

1.     I am an attorney, duly licensed to practice law in the State of Washington and the State of California.  I have been admitted to practice in this Court *pro hac vice*.  I have personal knowledge of the following facts, and write this Declaration based on my personal knowledge.

2.     This Declaration is submitted in support of Plaintiff Excelsior Printing Company and the Defendant Matthew Inman's Second Joint Stipulation to Extend Time to Respond to Plaintiff's Complaint.

3.     There is good cause for the stipulated extension.  The parties are engaged in substantive discussions in an attempt to resolve the case and would like additional time to engage in further discussions.  Plaintiff Excelsior Printing Company does not object to the extension and joins in this stipulation.  One of Mr. Inman's co-defendants has yet to be served.  Changing the

response deadline for Mr. Inman will not have any effect on the case schedule.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 13, 2013 at Seattle, Washington.

/s/ Venkat Balasubramani
Venkat Balasubramani