**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Western Division**

| | |
|---|---|
| EXCELSIOR PRINTING COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW INMAN<br>and PAPYRUS-RECYCLED GREETINGS, INC.,<br><br>    Defendants. | Civil Action No. 3:12-cv-30200-MAP |

## JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Plaintiff Excelsior Printing Company ("Excelsior") and Defendants Matthew Inman ("Inman") and Papyrus-Recycled Greetings, Inc. ("RPG") jointly request an extension of the deadline for Defendants to respond to the Complaint to August 16, 2013.

Excelsior filed the Complaint on November 20, 2012.  Excelsior and Inman previously filed, and the Court granted, a stipulation extending Inman's deadline to answer or otherwise respond to February 27, 2013.  Additionally, Excelsior and Inman previously filed, and the Court granted, a second stipulation extending Inman's deadline to answer or otherwise respond to April 12, 2013.  Excelsior and Inman previously filed, and the Court granted, a third stipulation extending Inman's deadline to answer or otherwise respond to May 6, 2013. Finally, on May 7th and 13th, 2013, the court issued Orders granting extensions to RPG and Inman up to and including July 3, 2013.

The parties are still engaged in substantive discussions to resolve the case and would like additional time to engage in further discussions. The proposed extension will not affect any currently pending deadlines, as there are no other dates (e.g., hearing dates, discovery cut-off dates, hearing deadlines, pre-trial conference dates, or trial dates) currently set in this matter. Good cause appearing, the parties respectfully request that the Court grant the requested extension.

Respectfully submitted, this 2nd day of July, 2013.

/s/ Venkat Balasubramani
Venkat Balasubramani (*pro hac vice*)
Focal PLLC
800 Fifth Avenue, Suite 4100
Seattle, Washington 98104
Tel:   (206) 529-4827
Fax:   (206) 260-3966
Email: venkat@focallaw.com

*/s/ Matthew Saunders*
Aaron Silverstein (BBO# 660716)
Arpiar M. Saunders (BBO# 664997)
Saunders & Silverstein LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
Tel: (978) 463-9100
Fax: (978) 463-9109

*Attorneys for Defendant Matthew Inman*

*/s/ Nuala Droney*
Nuala E. Droney (BBO# 660582)
Robinson & Cole LLP
280 Trumbull Street Hartford, CT 06103
Tel: (860) 275-8346 Fax: (617) 275-8299
Email: ndroney@rc.com

*Attorneys for Defendant Papyrus-Recycled Greetings, Inc.*

/s/ Christopher M. Hennessey
Christopher M.Hennessey
Cohen Kinne Valicenti & Cook, LLP
28 North Street
3rd Floor
Pittsfield, MA 01201
413-443-9399
Email: chennessey@cohenkinne.com

*Attorney for Plaintiff Excelsior Printing Co.*

## RULE 7.1 (A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), undersigned counsel states that counsel for Matthew Inman has conferred with counsel for Papyrus- Recycled Greetings, Inc. and counsel for Plaintiff Excelsior Printing Company on the 2nd day of July 2013, and that all parties assented to this filing.

                                                              /s/ Venkat Balasubramani  
                                                              Venkat Balasubramani

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed on July 2, 2013, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

      /s/ Venkat Balasubramani
      Venkat Balasubramani