UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Western Division

| | |
|---|---|
| EXCELSIOR PRINTING COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW INMAN and PAPYRUS-RECYCLED GREETINGS, INC.,<br><br>    Defendants. | Civil Action No. 3:12-cv-30200-MAP |

### [~~PROPOSED~~] ORDER

Having considered the parties' Joint Motion to Extend Time to Respond to Plaintiff's Complaint, it is hereby ORDERED that the time for Defendants to answer or respond to Plaintiff's Complaint is hereby extended up to and including August 16, 2013.

DATED this 11th day of July, 2013.

_/s/ Michael A. Ponsor_
Honorable Michael A. Ponsor
Chief Judge, United States District Court
District of Massachusetts