UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Western Division

| | |
|---|---|
| EXCELSIOR PRINTING COMPANY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MATTHEW INMAN ) <br> and ) <br> PAPYRUS-RECYCLED ) <br> GREETINGS, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 3:12-cv-30200-MAP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties state that they have settled this action and respectfully request that the Court dismiss this action with prejudice, with each party to bear his/its own costs and attorney's fees.

Respectfully submitted,

EXCELSIOR PRINTING COMPANY

By Its Attorneys,

*/s/Christopher M. Hennessey*
David Valicenti, Esq. (BBO# 632980)
Christopher M. Hennessey, Esq. (BBO# 654680)
COHEN KINNE VALICENTI & COOK, LLP
28 North Street, 3rd Floor
Pittsfield, MA  01201
Telephone (413) 443-9399
Facsimile (413) 442-9399

*Attorney for Plaintiff Excelsior Printing Company*

PAPYRUS-RECYCLED GREETINGS, INC.

By Its Attorneys,

*/s/ Nuala Droney*
Nuala E. Droney (BBO# 660582)
Robinson & Cole LLP
280 Trumbull Street Hartford, CT 06103
Tel: (860) 275-8346 Fax: (617) 275-8299
Email: ndroney@rc.com

*Attorneys for Defendant Papyrus-Recycled Greetings, Inc.*

MATTHEW INMAN

By His Attorneys,

*/s/ Venkat Balasubramani*
Venkat Balasubramani (*pro hac vice*)
Focal PLLC
800 Fifth Avenue, Suite 4100
Seattle, Washington 98104
Tel: (206) 529-4827
Fax:(206) 260-3966
Email: venkat@focallaw.com

*/s/ Matthew Saunders*
Aaron Silverstein (BBO# 660716)
Arpiar M. Saunders (BBO# 664997)
Saunders & Silverstein LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
Tel: (978) 463-9100
Fax: (978) 463-9109

*Attorneys for Defendant Matthew Inman*

Dated:  August 28, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 28, 2013.

*/s/Christopher M. Hennessey*
Christopher M. Hennessey